HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEROME TALLEY,

                    Plaintiff,

          v.

WILLIAM C HOUSER,

                    Defendant.

CASE NO. C15-5712 RBL

ORDER ADOPTING REPORT AND
RECOMMENDATION [DKT. #4]
AND DENYING MOTION FOR
DEFAULT [DKT. #5]

          THIS MATTER is before the Court on the Report and Recommendation of Magistrate
Judge Karen L. Strombom [Dkt. #4].  Plaintiff Talley has moved for a default judgment [Dkt.
#5].

          (1) The Report and Recommendation is **ADOPTED**.

          (2) Plaintiff's application to proceed *in forma pauperis* [Dkt. #1] is **DENIED.**
Plaintiff is directed to pay the $400.00 filing fee within **thirty (30) days** of this Order, or the case
will be dismissed.

          (3) Talley's Motion for Default Judgment [Dkt. #5] is **DENIED**.

ORDER- 1

1    (4)  The Clerk shall send copies of this Order to Plaintiff.

2    IT IS SO ORDERED.

3    Dated this 3rd day of November, 2015.

4

5                                               _____
                                                 Ronald B. Leighton
6                                                United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER- 2